IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03343-CMA-MJW

LARS B. JOHNSON, an individual,

Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, foreign corporations,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Deem Request for Admissions Admitted by the Defendants (docket no. 16) is DENIED.  The Defendants have provided to Plaintiff their responses to Plaintiff's Request for Admissions. See Exhibit A attached to Response (docket no. 20).

It is FURTHER ORDERED that Plaintiff's Motion to Compel Discovery (docket no. 14) is DENIED WITHOUT PREJUDICE.  It appears from the Response (docket no. 20) that responses to Plaintiff's Interrogatories and Requests for Production of Documents were delivered to Plaintiff on or before May 20, 2013.  If such discovery responses were not delivered and received by Plaintiff as of May 20, 2013, then Plaintiff may renew this motion.

It is FURTHER ORDERED that Plaintiff's Motion to Compel Disclosure (docket no. 17) is GRANTED.  Defendants have not filed any timely response to this motion, and this court deems this motion confessed.  Defendants shall provide to Plaintiff supplemental disclosures as outlined in the subject motion (docket no. 17) on or before June 10, 2013.

Date: May 22, 2013