**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03343-CMA-MJW

LARS B. JOHNSON, an individual,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, foreign corporations

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 27) signed by the attorneys for the parties hereto, it is hereby

ORDERED that this case and Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: July  25 , 2013

                                                        BY THE COURT:

                                                        *Christine M. Arguello*

                                                        CHRISTINE M. ARGUELLO
                                                        United States District Court Judge